DECLARATION OF ACTING DEPUTY FIELD OFFICE DIRECTOR

<u>DAVID T. WESLING</u>

Pursuant to the authority of 28 U.S.C. § 1746, I, David T. Wesling, a Supervisory Detention and Deportation Officer for U.S. Department of Homeland Security, U.S. Immigration and Customs Enforcement, Enforcement and Removal Operations, Burlington, Massachusetts declare as follows:

1. I am an acting Deputy Field Office Director ("(a)DFOD") for the U.S. Department of Homeland Security, U.S. Immigration and Customs Enforcement ("ICE"), Enforcement and Removal Operations ("ERO").

2. Included in my official duties as (a)DFOD in Burlington, Massachusetts is the responsibility for assisting in the managing and monitoring of scheduling and execution of removal orders for aliens in ICE custody. I am familiar with ICE policies and procedures for detaining individuals to initiate removal proceedings or to effectuate removal orders as well as releasing individuals from ICE custody.

3. I have experience utilizing ICE record systems to obtain information regarding specific aliens. ICE maintains electronic and paper records on aliens in the course of its regularly conducted business activity. These records are made in the course of regularly conducted business activity at or near the time of relevant events by a person with knowledge of these events.

4. In the course of preparing this declaration, I have examined the official records available to me regarding the immigration history and custody status of Ms. Rumeysa Ozturk ("Petitioner"). I have also discussed this case internally with officials within my office.

5. Pursuant to its statutory authority contained at 8 U.S.C. § 1226(a), ICE arrested Petitioner on March 25, 2025, at 1725 in Somerville, Massachusetts.

6. Prior to the arrest, ICE determined that because there was no available bedspace for Petitioner at a facility where she could appear for a hearing with the U.S. Department of Justice's Executive Office for Immigration Review in New England, that she would be transferred to the South Louisiana Correctional Facility at 3843 East Stagg Avenue in Basile, Louisiana where bedspace was determined to be available.

7. Transfers out of state, and out of the ERO Boston area of responsibility, are routinely conducted after arrest, due to operational necessity and considerations.

8. Once ICE secured her final bedspace location, ICE made the appropriate flight and custody arrangements to transport Petitioner to Louisiana.

9. Upon her arrest by ICE officers on March 25, 2025, Petitioner indicated she was in moderately good health with asthma, chronic back pain, and dry eye. This information was also relayed to the ERO New Orleans Field Office in Louisiana.

10. On March 25, 2025, at 1749, ICE officials departed Somerville, Massachusetts, and transported Petitioner to Methuen, Massachusetts arriving at 1822.

11. On March 25, 2025, at 1836, ICE officials departed from Methuen, Massachusetts and transported Petitioner to Lebanon, New Hampshire.

12. On March 25, 2025, at 2103, ICE officials departed Lebanon, New Hampshire to transport Petitioner to the ICE Field Office in St. Albans, Vermont.

13. On March 25, 2025, at 2228, Petitioner, arrived at the ICE Field Office in St. Albans, Vermont for processing of Petitioner's Notice to Appear (NTA), and was in custody overnight at the ICE Field Office in Saint Albans, Vermont.

14. On March 25, 2025, ICE served Petitioner with an NTA, charging her with removability under section 237(a)(1)(B) of the Immigration and Nationality Act (INA). ICE filed that NTA at the Oakdale Immigration Court in Oakdale, Louisiana.

15. The NTA orders her to appear before an immigration judge on April 7, 2025, at 8:30am at the Oakdale Immigration Court, the immigration facility with jurisdiction over her place of detention.

16. On March 26, 2025, at 0400, ICE officials departed the ICE Field Office in St. Albans, Vermont and transported Petitioner to the airport in Burlington, Vermont.

17. On March 26, 2025, at 0531, Petitioner departed the airport in Burlington, Vermont with ICE officials.

18. On March 26, 2025, at 1435, Petitioner arrived at the airport in Alexandria, Louisianna with ICE officials, who transferred her to the custody of ERO New Orleans.

19. As of the date of this declaration, Petitioner is currently detained at in ICE custody in the South Louisiana Correctional Facility, located at 3943 East Stagg Avenue in Basile, Louisiana.

20. At the time of Petitioner's arrest, there was no known counsel of record. Once ICE official obtained Petitioner's counsel's contact information through the filing of the instant habeas petition, it was provided to ERO New Orleans to facilitate Petitioner's communication with her counsel, once she arrived at her final detention location.

21. Upon her arrival to the South Louisiana Correctional Facility, Petitioner was permitted to speak with her counsel.

I declare under penalty of perjury that the foregoing is true and correct.

Signed on the twenty-seventh day of March 2025

_____

David T. Wesling
Acting Deputy Field Office Director
U.S. Department of Homeland Security
United States Immigration and Customs Enforcement
Burlington, Massachusetts