NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

Rumeysa Ozturk

      v.                                                Case No. 2:25-cv-374

Patricia Hyde, Michael Krol, Todd Lyons, Kristi Noem, Donald J. Trump, Marco A. Rubio

TAKE NOTICE that the above-entitled case has been scheduled at 09:30 a.m. on Monday, April 14, 2025 in Burlington, Vermont, before Honorable William K. Sessions III, District Judge, for a hearing on Motion to Dismiss.

Location: 110

JEFFREY S. EATON, Clerk
By: */s/ Lisa Wright*
Deputy Clerk
4/10/2025

TO:

| | |
|---|---|
| Adriana Lafaille, Esq. | Mark Sauter, AUSA |
| Brett M. Kaufman, Esq. | Michael P. Drescher, AUSA |
| Brian Hauss, Esq. | |
| Esha Bhandari, Esq. | Court Reporter |
| Jessie J. Rossman, Esq. | |
| Julian Bava, Esq. | |
| Katherine Rosenfeld, Esq. | |
| Lia N. Ernst, Esq. | |
| Mahsa Khanbabai, Esq. | |
| Matthew D. Brinckerhoff, Esq. | |
| Monica H. Allard, Esq. | |
| Mudassar H. Toppa, Esq. | |
| Noor Zafar, Esq. | |
| Rachel Davidson, Esq. | |
| Ramzi Kassem, Esq. | |
| Sonya Levitova, Esq. | |
| Vesudha Talla, Esq. | |

ZOOM INFORMATION

Topic: 25-cv-374 Ozturk v. Hyde et al
Time: Apr 14, 2025 09:30 AM Eastern Time (US and Canada)
Join ZoomGov Meeting
https://vt-uscourts.zoomgov.com/j/1616978531?pwd=E9EVpvvVARLnCirIH3VM361C5EHUic.1

Meeting ID: 161 697 8531
Passcode: 447529

---

Dial by your location
• +1 669 254 5252 US (San Jose)
• +1 646 828 7666 US (New York)


*** Please be reminded that Judicial Conference policy prohibits the broadcasting of proceedings in federal courts. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, or rebroadcasting of court proceedings pursuant to Judicial Conference policy. This prohibition applies to counsel, the parties, the media and any member of the public. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court.*