THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| RÜMEYSA ÖZTÜRK, Petitioner,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; PATRICIA HYDE, in her official capacity as the New England Field Office Director for U.S. Immigration and Customs Enforcement; MICHAEL KROL, in his official capacity as HSI New England Special Agent in Charge, U.S. Immigration and Customs Enforcement; TODD LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; KRISTI NOEM, in her official capacity as Secretary of the United States Department of Homeland Security; and MARCO RUBIO, in his official capacity as Secretary of State, Respondents | Case No. 2:25-cv-00374-WKS |

**MOTION OF INTERNATIONAL LAW PROFESSORS, EXPERTS, PRACTITIONERS, AND SCHOLARS FOR LEAVE TO FILE AN *AMICI CURIAE* BRIEF IN SUPPORT OF PETITION FOR HABEAS CORPUS**

International law professors, experts, practitioners and scholars, listed in full below, respectfully move before the Honorable William K. Sessions III, United States District Judge at the U.S. District Courthouse, 11 Elmwood Avenue, Burlington, VT, for an order granting leave to file a brief *amicus curiae* in support of the Petitioner's First Amended Petition for Habeas Corpus in the above-captioned proceeding. Counsel for Petitioners and Respondents have been contacted.

1

Counsel for Petitioners do not take a position on this motion. As of this writing, counsel for Respondents have not provided their position on this motion.

## INTEREST OF *AMICI CURIAE*

*Amici curiae* are international law and human rights professors, experts, practitioners, and scholars. *Amici* respectfully submit this brief to provide the Court with analysis of the issues at stake in this case under relevant international law. The analysis provided in this brief is relevant to the outcome of the case and wholly distinct from the legal analysis presented by the parties, as it focuses on international legal standards that require the United States to respect the rights to freedom of opinion and expression, and the limited ways in which such rights may be restricted. *Amici* have a strong interest in the outcome of this case and its impacts on human rights. *Amici* are profoundly concerned that this case threatens universal human rights protected by international law, including the rights to opinion and expression on a nondiscriminatory basis. Some *Amici* themselves fear retaliation for exercising these rights, including in relation to signing onto this amicus. *Amici* know other similarly qualified individuals who wanted to join in this brief, but felt that they could not do so for fear of retaliation, including arrest or deportation.

## LIST OF *AMICI*[1]

The positions taken in this brief are those of *amici* alone and should not be attributed to any institution with which amici are or have been affiliated.

**E. Tendayi Achiume**
Professor of Law, Stanford Law School; Former UN Special Rapporteur on Contemporary Forms of Racism, Racial Discrimination, Xenophobia and Related Intolerance

---

[1] Institutional affiliation is provided for identification purposes only. The positions taken in this brief are those of amici alone and should not be attributed to any institution with which amici are or have been affiliated.

**Philip Alston**
John Norton Pomeroy Professor of Law, NYU School of Law; Former UN Special Rapporteur on extreme poverty and human rights; former UN Special Rapporteur on extrajudicial executions

**Aslı Bâli**
Professor of Law, Yale University

**Thomas B. Becker, Jr.**
Legal and Policy Director, University Network for Human Rights

**Karima Bennoune**
Lewis M. Simes Professor of Law, University of Michigan Law School; Former UN Special Rapporteur in the field of cultural rights

**Blaine Bookey**
Visiting Assistant Professor, University of California College of the Law, San Francisco; Legal Director, Center for Gender and Refugee Studies

**Christine Bustany**
Senior Lecturer in International Law, The Fletcher School of Law & Diplomacy, Tufts University

**Toby Cadman**
Barrister and Joint Head of Chambers, Guernica 37 Chambers

**Ruben Carranza**
Senior Expert, International Center for Transitional Justice (ICTJ)

**Sandra Coliver**
Former Executive Director, Center for Justice & Accountability

**Brian Concannon, Esq.**
Executive Director
Institute for Justice & Democracy in Haiti

**Tom Dannenbaum**
Associate Professor of International Law, the Fletcher School of Law & Diplomacy; Co-Director of the Center for International Law and Governance, Tufts University

**Lisa Dicker**
Clinical Instructor, Harvard Law School

**Dr Souheir Edelbi**
Lecturer, School of Law, Western Sydney University

**Susan Farbstein**
Clinical Professor of Law, Harvard Law School

**Carla Ferstman**
Director, Essex Human Rights Centre and Professor, Essex Law School, United Kingdom

**Alexandra Filippova**
Senior Staff Attorney, Institute for Justice & Democracy in Haiti

**Martin Flaherty**
Charles and Marie Robertson Visiting Professor, School of Public and International Affairs, Princeton University; Adjunct Professor, Columbia Law School

**Laurel Fletcher**
Chancellor's Clinical Professor of Law, UC Berkeley

**Kristina Fried**
Staff Attorney, Institute for Justice and Democracy in Haiti

**Tyler R. Giannini**
Clinical Professor of Law, Harvard Law School

**Jennifer M. Green**
Clinical Professor of Law; Director, Human Rights Litigation and Advocacy Clinic, University of Minnesota Law School

**Rebecca Hamilton**
Professor of Law, American University, Washington College of Law

**Hurst Hannum**
Professor Emeritus of International Law, Fletcher School of Law & Diplomacy, Tufts University

**Adil Haque**
Professor of Law, and Judge Jon O. Newman Scholar, Rutgers Law School

**Lindsay M. Harris**

4

Professor of Law, University of San Francisco School of Law

**Todd Howland**
Visiting Professor, Vermont Law and Graduate School

**Deena R. Hurwitz, Esq.**

**Marissa Jackson Sow**
Associate Professor of Law, University of Richmond

**Tejal Jesrani**
Director, TrialWatch Project, Human Rights Institute; Clinic Instructor, Human Rights Clinic, Columbia Law School

**Dr Richard Joyce**
Senior Lecturer, Melbourne Law School, University of Melbourne

**David Kaye**
Clinical Professor of Law; Director, International Justice Clinic, UC Irvine School of Law; Former United Nations Special Rapporteur on the promotion and protection of the right to freedom of opinion and expression

**Nabila Khan**
Adjunct Professor, Toronto Metropolitan University

**John H. Knox**
Henry C. Lauerman Professor of International Law, Wake Forest University School of Law; Former UN Special Rapporteur on human rights and the environment

**Christian Lance-De Vos**
Adjunct Clinical Professor, Human Rights & Gender Justice Clinic, City University of New York Law School; Adjunct Assistant Professor of Political Science, Institute for the Study of Human Rights, Columbia University

**Daniel Levine-Spound**
Lecturer on Law, Harvard Law School

**Beatrice Lindstrom**
Senior Clinical Instructor; Lecturer on Law, Harvard Law School

5

**Bert Lockwood**
Distinguished Service Professor and Director, Urban Morgan Institute for Human Rights, University of Cincinnati College of Law

**Clara Long**
Director of Policy and Organizing, Human Impact Partners

**Rachel López**
James E. Beasley Professor of Law, Temple University Beasley School of Law

**Kate Mackintosh**
Executive Director, UCLALaw Promise Institute Europe

**Wade McMullen**
Distinguished Fellow, Human Rights Institute, Georgetown University Law Center

**Juan Ernesto Méndez**
Professor of Human Rights Law in Residence, Washington College of Law, American University

**Grace Meng**
Executive Director, Epstein Program in Public Interest Law and Policy, UCLA School of Law

**Chi Adanna Mgbako**
Clinical Professor of Law, Fordham Law School; Director, Walter Leitner International Human Rights Clinic

**Alice M. Miller**
Co-Director, Global Health Justice Partnership of the Yale Law School and the School of Public Health; Yale School of Public Health, Professor in the Practice; Women's, Gender and Sexuality Studies Council; Yale Law School, Associate Professor (Adjunct)

**Saira Mohamed**
Agnes Roddy Robb Professor of Law, University of California, Berkeley, School of Law

**Samuel Moyn**
Kent Professor of Law and History, Yale Law School

**Ruhan Nagra**
Associate Professor of Law, University of Utah

**Vasuki Nesiah**
Professor of Practice, The Gallatin School, New York University

**Citlalli Ochoa**
Practitioner-in-Residence, American University Washington College of Law

**Chidi Anselm Odinkalu, Ph.D.**
Professor of Practice, International Human Rights Law
The Fletcher School of Law & Diplomacy, Tufts University

**Diane Orentlicher**
Professor of Law, American University Washington College of Law

**Dinah PoKempner**
Former General Counsel Human Rights Watch; Associate Professor, Columbia University; Special Assistant to the UN Special Rapporteur on Freedom of Expression

**Jaya Ramji-Nogales**
Professor of Law, Temple University

**Emily A. Ray**
Clinical Fellow, Harvard Law School

**Michael Reed-Hurtado**
Adjunct Professor, Georgetown University

**Mathias Risse**
Berthold Beitz Professor in Human Rights, Global Affairs and Philosophy, Harvard Kennedy School; Director of the Carr Center for Human Rights Policy

**Naomi Roht-Arriaza**
Distinguished Professor of Law Emerita, University of California College of Law San Francisco

**Gabor Rona**
Professor of Practice, Cardozo Law School

**Kenneth Roth**
Visiting Professor, Princeton's School of Public and International Affairs; former executive director, Human Rights Watch (1993-2022)

**Britton Schwartz**
Deputy Director, International Human Rights Clinic, Santa Clara University School of Law

**Rajika Shah**
Director, Justice for Atrocities Clinic, LMU Loyola Law School

**Carey Shenkman**
Human Rights Lawyer

**Anita Sinha**
Professor of Law; Director, International Human Rights Law Clinic; Faculty Director, Program on Gender, Theory, Law & Practice, American University Washington College of Law

**Matiangai Sirleaf**
Nathan Patz Professor of Law, University of Maryland Francis King Carey School of Law; Professor, Department of Epidemiology and Public Health, University of Maryland School of Medicine

**Joseph Slaughter**
Associate Professor of English and Comparative Literature; Director of the Institute for the Study of Human Rights, Columbia University

**Chantal Thomas**
Professor of Law, Cornell Law School

**Ryan Thoreson**
Assistant Professor, University of Cincinnati College of Law

**Salma Waheedi**
Lecturer on Law, Harvard Law School

**Deborah M. Weissman**
Reef C. Ivey II Distinguished Professor of Law; Director, Criminalized Survivor, Detention, and Justice Clinic, University of North Carolina at Chapel Hill School of Law

**James Yap**
Adjunct Professor, Osgoode Hall Law School, York University

Respectfully submitted

DATED: April 10, 2025                    /s/ Brett Stokes
                                         Brett Stokes
                                         Director, Center for Justice Reform Clinic
                                         Assistant Professor of Law
                                         Vermont Law and Graduate School
                                         P.O. Box 1404,
                                         Burlington, VT 05402
                                         Tel: (802) 540-0398, ext. 102
                                         bstokes@vermontlaw.edu
                                         (in his individual capacity)

                                         *Counsel for Amici Curiae*