THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| RÜMEYSA ÖZTÜRK, Petitioner,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; PATRICIA HYDE, in her official capacity as the New England Field Office Director for U.S. Immigration and Customs Enforcement; MICHAEL KROL, in his official capacity as HSI New England Special Agent in Charge, U.S. Immigration and Customs Enforcement; TODD LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; KRISTI NOEM, in her official capacity as Secretary of the United States Department of Homeland Security; and MARCO RUBIO, in his official capacity as Secretary of State, Respondents | Case No. 2:25-cv-00374-WKS<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO FILE BRIEF AS AMICI CURIAE** |

Upon consideration of the Motion of International Law Professors, Experts, Practitioners, and Scholars for Leave to File Brief as Amici Curiae, and for good cause shown,

IT IS on this _____ day of _____, 2025, ORDERED:
1. The Motion for Leave to File Brief as Amici Curiae is GRANTED;
2. The proposed amici curiae brief is hereby deemed FILED.

_____
Hon. William K. Sessions III