UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| RUMEYSA OZTURK, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> DONALD J. TRUMP, in his ) <br> official capacity as ) <br> President of the United ) <br> States; PATRICIA HYDE, in her ) <br> official capacity as the New ) <br> England Field Director for ) <br> U.S. Immigration and Customs ) <br> Enforcement; MICHAEL KROL, in ) <br> his official capacity as HSI ) <br> New England Special Agent in ) <br> Charge, U.S. Immigration and ) <br> Customs Enforcement; TODD ) <br> LYONS, in his official ) <br> capacity as Acting Director, ) <br> U.S. Immigration and Customs ) <br> Enforcement; KRISTI NOEM, in ) <br> her official capacity as ) <br> Secretary of the United ) <br> States Department of ) <br> Homeland Security; and MARCO ) <br> RUBIO, in his official ) <br> capacity as Secretary of ) <br> State, ) <br> ) <br> Respondents. ) | Case No. 2:25-cv-374 |

**ORDER**

Respondents' request for additional conditions of release following Petitioner Ozturk's release on bail, ECF No. 133, is granted in part and denied in part. The Court's previous orders regarding the conditions of Ms. Orzturk's release, made from the bench during the May 9, 2025, bail hearing and reiterated in

part in a text order later that same day, ECF No. 131, are hereby supplemented:

1. Ms. Ozturk must report for any hearing directed by U.S. Immigration and Customs Enforcement (ICE) or the Executive Office for Immigration Review.
2. Ms. Ozturk or her counsel must check-in with Boston Enforcement and Removal Operations by calling (781) 359-7500 within two business days of the issuance of this order.
3. Ms. Ozturk must surrender for removal from the United States if she is subject to a final removal order and has exhausted all applicable administrative or judicial procedures and remedies. If subject to such order, Ms. Ozturk must assist ICE in obtaining any necessary international travel documents.
4. Ms. Ozturk must notify the Burlington Community Justice Center of any change of address, and Burlington Community Justice Center must promptly relay that information to the appropriate government contact.
5. Ms. Ozturk must notify the Burlington Community Justice Center in advance of any overnight travel outside New England, and Burlington Community Justice Center must promptly relay that information to the appropriate government contact.

6. Ms. Ozturk must not violate any local, state, or federal criminal laws or ordinances or engage in any criminal activity.

7. Ms. Ozturk must provide ICE with written copies of requests to Embassies or Consulates requesting the issuance of a travel document and must provide ICE with copies of any received written responses.

8. Should the government seek to re-detain Ms. Ozturk in connection with her immigration status or proceedings, or for any violation of the conditions of release, the government must provide 48-hours notice to the Court and to Ms. Ozturk's counsel who shall have an opportunity to respond.

DATED at Burlington, in the District of Vermont, this 16th day of May 2025.

/s/ William K. Sessions III
Hon. William K. Sessions III
U.S. District Court Judge
