# EXHIBIT 2

Anna Garson-Angert Logou

ROLES: PDSO, RO

Get Plug-Ins

Enter SEVIS ID 

y/Medford
d Date: December 23,

Status: **TERMINATED**
Status Change Date: **March 25, 2025**
SEVIS ID:
I-20 ISSUE REASON: **CONTINUED ATTENDANCE**
TERMINATION REASON: **OTHERWISE FAILING TO MAINTAIN STATUS**
 - Pursuant to Section 221(i) of the Immigration and Nationality Act, 8 U.S.C 1201(i)

**U.S. Address**

**Address Status**
**Override - Other**
**Override Reason**Default SIS Update of Address overridden
**Foreign Address**