# EXHIBIT 5



**U.S. Immigration and Customs Enforcement**
Homeland Security Investigations
U.S. Department of Homeland Security
Potomac Center North
500 12th Street, SW MS-5600
Washington, DC 20536-5600

March 25, 2025

Rumeysa Ozturk



## Student and Exchange Visitor Program
## SEVIS Designation Termination Notice

This letter is to inform you that your Student and Exchange Visitor Information System (SEVIS) designation associated with SEVIS ID ▮▮▮▮▮▮▮ issued by Tufts University - Tufts University/Medford, school code BOS214F00358000 has been Terminated pursuant to 237(a)(1)(C)(i) and/or 237(a)(4)(C)(i) of the Immigration and Nationality Act.

If you remain in the United States, you may be contacted by immigration officials or placed in removal proceedings.

Should you wish to speak to someone regarding this notice email at sevp@ice.dhs.gov

Sincerely,

Student and Exchange Visitor Program

CC: anna.garson@tufts.edu