# EXHIBIT 2

y/Medford
d Date: **December 23,**

**Status: TERMINATED**
Status Change Date: **March 25, 2025**
SEVIS ID: 
I-20 ISSUE REASON: **CONTINUED ATTENDANCE**
TERMINATION REASON: **OTHERWISE FAILING TO MAINTAIN STATUS**
- Pursuant to Section 221(i) of the Immigration and Nationality Act, 8 U.S.C 1201(i)

**U.S. Address**

**Address Status**
**Override - Other**
**Override Reason** Default SIS Update of Address overridden
**Foreign Address**