# EXHIBIT 3

View:
Event History
Request/Authorization Details
Employment Information
Actions:
Corrections
Request Reinstatement
Transfer Out

## Student Information

**F-1 STUDENT**
**Ozturk, Rumeysa**

Tufts University - Tufts University/Medford
Start Date: **February 1, 2021**  End Date: **December 23, 2027**

I-901 Fee Paid

Status: **TERMINATED**
Status Change Date: **March 25, 2025**
SEVIS ID:

I-20 ISSUE REASON: **CONTINUED ATTENDANCE**
TERMINATION REASON: **OTHERWISE FAILING TO MAINTAIN STATUS**

### Personal / Contact

Gender
**FEMALE**
Date of Birth
Age 30
City of Birth
Country of Birth
**TURKEY**
Country of Citizenship
**TURKEY**
U.S. Telephone
Foreign Telephone
Email Address

U.S. Address
Address Status
**Override - Other**
Override ReasonDefault SIS Update of Address overridden
Foreign Address

### Overall Remarks

### Program

Education Level
**DOCTORATE**
Major 1 and Name
**19.0706 - Child Development**
Major 2 and Name
**00.0000 - None**
Minor and Name
**00.0000 - None**
Program Start Date
**February 1, 2021**
Program End Date
**December 23, 2027**

### Registration

Initial Session Start Date
**February 1, 2021**
Current Session End Date
**May 9, 2025**
Next Session Start Date
**September 2, 2025**
Length of Next Break/Vacation
**115**
Last Session

Study/Research Abroad
**No**
Thesis/Dissertation
**No**