# EXHIBIT 4

SEVIS — Student & Exchange Visitor Information System
1-800-892-4829 SEVIS Help Desk

Anna Garson-Angert Logout
ROLES: PDSO, RO
Get Plug-Ins

Main  Listing of Schools  Listing of Programs  Message Board  Change Password
Enter SEVIS ID

<< Return to **Terminated Status Students (past 18 months)**

**View:**
Event History

Request/Authorization Details

Employment Information

**Actions:**
Corrections

Request Reinstatement

Transfer Out

## Student Information

| | | |
|---|---|---|
| F-1 STUDENT | Tufts University - Tufts University/Medford | Status: **TERMINATED** |
| **Ozturk, Rumeysa** | Start Date: **February 1, 2021**  End Date: **December 23, 2027** | Status Change Date: **March 25, 2025** |
| | | SEVIS ID: |
| | I-901 Fee Paid | I-20 ISSUE REASON: **CONTINUED ATTENDANCE** |

**TERMINATION REASON: OTHER - Individual identified in criminal records check and/or has had their VISA revoked. SEVIS record has been terminated.**

### Personal / Contact

Gender
**FEMALE**
Date of Birth
                    Age 30
City of Birth

Country of Birth
**TURKEY**
Country of Citizenship
**TURKEY**
U.S. Telephone

Foreign Telephone

Email Address

U.S. Address

Address Status
**Override - Other**
Override ReasonDefault SIS Update of Address overridden
Foreign Address

### Overall Remarks

### Program

Education Level
**DOCTORATE**
Major 1 and Name
**19.0706 - Child Development**
Major 2 and Name
**00.0000 - None**
Minor and Name
**00.0000 - None**
Program Start Date
**February 1, 2021**
Program End Date

### Registration

Initial Session Start Date
**February 1, 2021**
Current Session End Date
**May 9, 2025**
Next Session Start Date
**September 2, 2025**
Length of Next Break/Vacation
**115**
Last Session

Study/Research Abroad