UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| RUMEYSA OZTURK, ) | |
|     Petitioner, ) | |
|     v. ) | Circuit No. 25-1019 |
| DONALD J. TRUMP, in his official capacity as President of the United States, PATRICIA HYDE, Field Office Director, MICHAEL KROL, HSI New England Special Agent in Charge, TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement, and KRISTI NOEM, Secretary of Homeland Security; and MARCO RUBIO, in his official capacity as Secretary of State, ) | District No. 2:25-cv-374 |
|     Respondents. ) | |

### SUPPLEMENTAL INDEX (Documents 114 – 146)

A. Docket Sheet (Public)

B. Docket Sheet (Sealed)

C. Clerk's Certification.