APPEAL,HABEAS

# U.S. District Court
## District of Vermont (Burlington)
## CIVIL DOCKET FOR CASE #: 2:25−cv−00374−wks

| | |
|---|---|
| Ozturk v. Hyde et al | Date Filed: 04/04/2025 |
| Assigned to: Judge William K. Sessions III | Jury Demand: None |
| Case in other court: Massachusetts, 1:25−cv−10695 | Nature of Suit: 530 Habeas Corpus (General) |
| Cause: 8:1182 Defend. Denial of Pla. Appl. for Alien Employment Cer | Jurisdiction: U.S. Government Defendant |

**Petitioner**

**Rumeysa Ozturk**  represented by  **Adriana Lafaille , Esq.**
ACLU Foundation of Massachusetts, Inc.
One Center Plaza, Suite 850
Boston, MA 02108
617−482−3170
Email: alafaille@aclum.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brett M. Kaufman , Esq.**
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
212−549−2603
Fax: 212−995−4031
Email: bkaufman@aclu.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brian Matthew Hauss , Esq.**
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
212−549−2500
Email: bhauss@aclu.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Esha Bhandari , Esq.**
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
212−549−2500
Email: ebhandari@aclu.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Hillary A. Rich , Esq.**
ACLU Foundation of Vermont
P.O. Box 277
Montpelier, VT 05601−0277
315−521−9231
Email: hrich@acluvt.org
*ATTORNEY TO BE NOTICED*

**Jessie Rossman , Esq.**
ACLU Foundation of Massachusetts, Inc.
One Center Plaza, Suite 850

Boston, MA 02108
617–482–3170
Fax: 617–451–0009
Email: jrossman@aclum.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Julian Bava , Esq.**
ACLU Foundation of Massachusetts, Inc.
One Center Plaza, Suite 850
Boston, MA 02108
617–482–3170
Email: jbava@aclum.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Katherine Rosenfeld , Esq.**
Emery Celli Brinckerhoff Abady Ward & Maazel LLP
1 Rockefeller Plaza, 8th Floor
New York, NY 10020
212–763–5000
Email: krosenfeld@ecbawm.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lia N. Ernst , Esq.**
ACLU Foundation of Vermont
P.O. Box 277
Montpelier, VT 05601–0277
(802) 223–6304
Fax: (802) 223–6304
Email: lernst@acluvt.org
*ATTORNEY TO BE NOTICED*

**Mahsa Khanbabai , Esq.**
Khanbabai Immigration Law
115 Main Street, Ste 1B
North Easton, MA 02356
508–297–2065
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew D. Brinckerhoff , Esq.**
Emery Celli Brinckerhoff Abady Ward & Maazel LLP
1 Rockefeller Plaza, 8th Floor
New York, NY 10020
212–763–5000
Fax: 212–763–5001
Email: mbrinckerhoff@ecbawm.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael K.T. Tan , Esq.**
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
212–549–2500
Fax: 332–221–1702
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Monica H. Allard , Esq.**

ACLU Foundation of Vermont
P.O. Box 277
Montpelier, VT 05601–0277
802–251–7091
Email: mallard@acluvt.org
*ATTORNEY TO BE NOTICED*

**Mudassar H. Toppa , Esq.**
Main Street Legal Services Inc.
CLEAR Project
CUNY School of Law
2 Court Square, Ste 5th Floor
Long Island City, NY 11101
718–340–4021
Email: mudassar.toppa@law.cuny.edu
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Naz Ahmad , Esq.**
Main Street Legal Services Inc.
CLEAR Project
CUNY School of Law
2 Court Square, Ste 5th Floor
Long Island City, NY 11101
718–340–4630
Email: naz.ahmad@law.cuny.edu
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Noor Zafar , Esq.**
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
469–301–5991
Email: nzafar@aclu.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rachel E. Davidson , Esq.**
ACLU Foundation of Massachusetts, Inc.
One Center Plaza, Suite 850
Boston, MA 02108
617–482–3170
Email: rdavidson@aclum.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ramzi Kassem , Esq.**
Main Street Legal Services Inc.
CLEAR Project
CUNY School of Law
2 Court Square, Ste 5th Floor
Long Island City, NY 11101
718–340–4558
Fax: 718–340–4478
Email: ramzi.kassem@law.cuny.edu
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sidra Mahfooz , Esq.**
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004

|  |  |
|---|---|
|  | 631−741−3383<br>Email: smahfooz@aclu.org<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Sonya Levitova , Esq.**<br>Emery Celli Brinckerhoff Abady Ward &<br>Maazel LLP<br>1 Rockefeller Plaza, 8th Floor<br>New York, NY 10020<br>212−763−5000<br>Fax: 212−763−5001<br>Email: slevitova@ecbawm.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Vasudha Talla , Esq.**<br>Emery Celli Brinckerhoff Abady Ward &<br>Maazel LLP<br>1 Rockefeller Plaza, 8th Floor<br>New York, NY 10020<br>212−763−5000<br>Fax: 212−763−5001<br>Email: vtalla@ecbawm.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

V.

**Respondent**

| | | |
|---|---|---|
| **Patricia Hyde**<br>*Field Office Director* | represented by | **Mark Sauter , AUSA**<br>U.S. Department of Justice<br>Suite 9200<br>One Courthouse Way<br>Boston, MA 02169<br>617−748−3347<br>*TERMINATED: 05/06/2025*<br><br>**Michael P. Drescher , AUSA**<br>United States Attorney's Office<br>11 Elmwood Avenue, 3rd Floor<br>P.O. Box 570<br>Burlington, VT 05402−0570<br>(802) 951−6725<br>Email: michael.drescher@usdoj.gov<br>*ATTORNEY TO BE NOTICED* |

**Respondent**

| | | |
|---|---|---|
| **Michael Krol**<br>*HSI New England Special Agent in Charge* | represented by | **Mark Sauter , AUSA**<br>(See above for address)<br>*TERMINATED: 05/06/2025*<br><br>**Michael P. Drescher , AUSA**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Respondent**

| | | |
|---|---|---|
| **Todd Lyons**<br>*Acting Director U.S. Immigration and Customs Enforcement* | represented by | **Mark Sauter , AUSA**<br>(See above for address)<br>*TERMINATED: 05/06/2025*<br><br>**Michael P. Drescher , AUSA** |

(See above for address)
*ATTORNEY TO BE NOTICED*

**Respondent**

**Kristi Noem**
*Secretary of Homeland Security*

represented by **Mark Sauter , AUSA**
(See above for address)
*TERMINATED: 05/06/2025*

**Michael P. Drescher , AUSA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Respondent**

**Donald J Trump**

represented by **Mark Sauter , AUSA**
(See above for address)
*TERMINATED: 05/06/2025*

**Michael P. Drescher , AUSA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Respondent**

**Marco A. Rubio**

represented by **Mark Sauter , AUSA**
(See above for address)
*TERMINATED: 05/06/2025*

**Michael P. Drescher , AUSA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Brett F Stokes**
*International Law Professors, Experts, Practitioners and Scholars*

represented by **Brett F. Stokes , Esq.**
Vermont Law School
P.O. Box 1404
Burlington, VT 05402
802–558–7732
Email: bstokes@vermontlaw.edu
*ATTORNEY TO BE NOTICED*

**Amicus**

**The Cato Institute**

represented by **James M. Diaz , Esq.**
Darby Kolter & Roberts, LLP
89 South Main Street
Waterbury, VT 05676
802–253–7165
Fax: 802–244–5954
Email: jay@waterburystowelaw.com
*ATTORNEY TO BE NOTICED*

**Material Witness**

**Becky Penberthy**

| Date Filed | # | Docket Text |
|---|---|---|
| 04/28/2025 | 113 | TRANSMITTED Index on Appeal, Circuit No. 25–1019, re: 105 Notice of Appeal (Attachments: # 1 Docket Sheet (public), # 2 Docket Sheet (sealed), # 3 Clerk's Certification)(kac) (Entered: 04/28/2025) |
| 04/28/2025 | 114 | NOTICE of Hearing re: 1 Petition for Writ of Habeas Corpus (2241). Hearing set for 5/22/2025 at 09:00 AM in Burlington Courtroom 110 before Judge William K. Sessions III.(law) (Entered: |

| | | |
|---|---|---|
| | | 04/28/2025) |
| 04/28/2025 | 115 | UNOPPOSED MOTION for Leave to File *Brief as Amicus Curiae in Support of Petitioner* filed by Foundation for Individual Rights and Expression, National Coalition Against Censorship, The Rutherford Institute, PEN America, The Cato Institute, First Amendment Lawyers Association. (Attachments: # 1 Proposed Brief)(Diaz, James) Text clarified on 4/29/2025 (law). (Entered: 04/28/2025) |
| 04/28/2025 | 116 | UNOPPOSED MOTION for Appearance Pro Hac Vice of Naz Ahmad (Filing fee $ 150 receipt number AVTDC−2066895) filed by Rumeysa Ozturk (Attachments: # 1 Affidavit of Naz Ahmad, # 2 Certificate of Good Standing) (Ernst, Lia) Modified on 4/29/2025 to clarify text/attachment (sjl). (Entered: 04/28/2025) |
| 04/28/2025 | 118 | ORDER of USCA, Circuit No. 25−1019, as to 104 Order: motion for a stay pending appeal is referred to the three−judge motions panel sitting on May 6, 2025. An administrative stay of the district court's order to transfer is granted pending decision by the panel. (kac) (Entered: 04/29/2025) |
| 04/29/2025 | 117 | ORDER granting 116 Unopposed Motion for Admission Pro Hac Vice of Naz Ahmad. Signed by Judge William K. Sessions III on 4/29/2025. (This is a text−only Order.) (eae) (Entered: 04/29/2025) |
| 04/29/2025 | 119 | UNOPPOSED MOTION for Appearance Pro Hac Vice of Conor Fitzpatrick (Filing fee $ 150 receipt number AVTDC−2067806) filed by Foundation for Individual Rights and Expression (Attachments: # 1 Declaration of Conor Fitzpatrick, # 2 Certificate of Good Standing) (Diaz, James) Modified on 4/30/2025 to clarify text/attachment (sjl). (Entered: 04/29/2025) |
| 04/30/2025 | 120 | ORDER granting 119 Unopposed Motion for Admission Pro Hac Vice of Conor Fitzpatrick. Signed by Judge William K. Sessions III on 4/30/2025. (This is a text−only Order.) (eae) (Entered: 04/30/2025) |
| 05/02/2025 | 121 | MOTION to Withdraw as Attorney filed by Ansche Chesed, Bend the Arc: A Jewish Partnership for Justice, B'nai Jeshurun, Congregation Beth Elohim, Congregation Dorshei Tzedek, Habonim Dror, Harvard Jewish Progressive Alumni, IKAR, J Street, Jewish Center for Justice, Jewish Labor Committee, Keshet, Leo Baeck Temple, Ma'yan Tikvah, New England Jewish Labor Committee, New Israel Fund, New Jewish Narrative, Nexus Project, T'ruah: The Rabbinic Call for Human Rights, Massachusetts, The Boston Workers Circle, The Reconstructionist Rabbinical Assoc, The Workers Circle, Worcester Havurah, Jewish Alliance for Law and Social Action, New York Jewish Agenda, Temple Emanu−El, Temple Micah. (Feitel, Jesse) (Entered: 05/02/2025) |
| 05/02/2025 | 122 | SUPPLEMENTAL MEMORANDUM re: 82 MOTION for Release Under *MAPP v. RENO or in the Alternative* MOTION for Return to Vermont filed by Rumeysa Ozturk. (Attachments: # 1 Index of Exhibits, # 2 Exhibit 1, # 3 Exhibit 1−A, # 4 Exhibit 1−B, # 5 Exhibit 1−C, # 6 Exhibit 1−D, # 7 Exhibit 1−E, # 8 Exhibit 1−F, # 9 Exhibit 1−G, # 10 Exhibit 1−H, # 11 Exhibit 1−I)(Bava, Julian) Text clarified on 5/4/2025 (law). (Entered: 05/02/2025) |
| 05/07/2025 | 123 | ORDER of USCA, Circuit No. 25−1019, as to 105 Notice of Appeal; govt's motion for a stay of transfer is DENIED. Govt's request for a writ of mandamus is DENIED. Administrative stay entered by Circuit Court is VACATED. Govt is ORDERED to comply with district court's transfer order within one week of date of this opinion. Circuit Court orders that Ms. Ozturk be physically transferred to ICE custody within the District of Vermont no later than May 14, 2025. The district court may amend its hearing schedule as it deems necessary in light of this order. (kac) (Entered: 05/07/2025) |
| 05/08/2025 | 124 | REVISED NOTICE of Hearing *(same date/time)*: Status Conference set for 5/9/2025 at 09:30 AM in Burlington Courtroom 110 before Judge William K. Sessions III.(law) (Entered: 05/08/2025) |
| 05/08/2025 | 125 | NOTICE of Hearing: Telephone Conference set for 5/8/2025 at 10:00 AM before Judge Kevin J. Doyle. (law) (see page 2 of the notice for Zoom information − audio only)<br><br>Please be reminded that Judicial Conference policy prohibits the broadcasting of proceedings in federal courts. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, or rebroadcasting of court proceedings pursuant to Judicial Conference policy. This prohibition applies to counsel, the parties, the media and any member of the public. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court. |

| | | |
|---|---|---|
| | | Join ZoomGov Meeting https://vt−uscourts.zoomgov.com/j/1617910049?pwd=AEoTnuXeRzTw4fTU7ocLTDL1yEF5YI.1 One tap mobile: +16468287666, 1617910049 US (New York) **Meeting ID: 161 791 0049 Passcode: 951302** (Entered: 05/08/2025) |
| 05/08/2025 | 126 | MINUTE ENTRY for proceedings held before Judge Kevin J. Doyle: Telephone Conference held on 5/8/2025. Monica Allard, Esq. present for petitioner. Michael Drescher, AUSA present for respondent. Statements by counsel re: bail hearing. (Court Reporter: Johanna Masse) (law) (Entered: 05/08/2025) |
| 05/08/2025 | 127 | ORDER granting 121 Motion to Withdraw as Attorney. Signed by Judge William K. Sessions III on 5/8/2025. (This is a text−only Order.) (eae) (Entered: 05/08/2025) |
| 05/08/2025 | 128 | SECOND REVISED NOTICE of Hearing: Bail Hearing reset for 5/9/2025 10:00 AM in Burlington Courtroom 110 before Judge William K. Sessions III. *(Note: petitioner to participate remotely)* (law) Text clarified and Main Document 128 replaced on 5/8/2025 (law). (Entered: 05/08/2025) |
| 05/08/2025 | 129 | ZOOM LINK for 5/9/2025 − ZoomGov Meeting https://vt−uscourts.zoomgov.com/j/1616772338?pwd=MHR2awlyeIgo0KHqU7VbgUx53LmzJe.1 or One tap mobile: +16468287666, 1617910049 US (New York); Meeting ID: 161 677 2338 Passcode: 238539. (law) <br><br>Please be reminded that Judicial Conference policy prohibits the broadcasting of proceedings in federal courts. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, or rebroadcasting of court proceedings pursuant to Judicial Conference policy. This prohibition applies to counsel, the parties, the media and any member of the public. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court. (Entered: 05/08/2025) |
| 05/09/2025 | 130 | MINUTE ENTRY for proceedings held before Judge William K. Sessions III: Bail Hearing held on 5/9/2025. Adriana Lafaille, Jessie Rossman, Julian Bava, Lia Ernst, Monica Allard, Mudassar Toppa, Noor Zafar and Richael Davidson, Esqs. present for petitioner. Mahsa Khanbabai, Esq. present with petitioner remotely. Michael Drescher, AUSA present for respondents. Court inquires petitioner's waiver of personal appearance. The following witnesses examined for petitioner: Rumeysa Ozturk, Dr. McCannon, S. Johnson, and B. Penberthy. Statements by counsel. Court makes findings. ORDERED: petitioner to be released immediately on PR w/conditions; gov't is to notify the court when she is released; gov't to submit proposed order as to conditions of release after conferring with ICE. (Court Reporter: Johanna Masse) (law) (Entered: 05/09/2025) |
| 05/09/2025 | 131 | ORDER: Petitioner is to be released from ICE custody immediately on her own recognizance, without any form of Body−Worn GPS or other ICE monitoring at this time. Petitioner is not subject to any travel restrictions. Respondents counsel shall submit proposed conditions of release after conferring with ICE no later than 5/12/2025. Signed by Judge William K. Sessions III on 5/9/2025. (hbc) (Entered: 05/09/2025) |
| 05/12/2025 | 132 | TRANSCRIPT of Bail hearing held on May 9, 2025, before Judge William K. Sessions III. Court Reporter/Transcriber Johanna Masse, telephone number (802) 951−8102. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 6/5/2025. Redacted Transcript Deadline set for 6/16/2025. Release of Transcript Restriction set for 8/14/2025. (law) (Entered: 05/12/2025) |
| 05/12/2025 | 133 | REQUEST for Conditions of Release filed by Patricia Hyde, Michael Krol, Donald J Trump, Marco A. Rubio, Todd Lyons, Kristi Noem. (Attachments: # 1 Exhibit 1, # 2 Proposed Order)(Drescher, Michael) Text clarified on 5/12/2025 (law). (Entered: 05/12/2025) |
| 05/12/2025 | 134 | STIPULATED MOTION for *Status Conference* filed by Rumeysa Ozturk. (Allard, Monica) (Entered: 05/12/2025) |
| 05/13/2025 | 135 | UNOPPOSED MOTION to Redesignate Case filed by Rumeysa Ozturk. (Allard, Monica) Text clarified on 5/13/2025 (law). (Entered: 05/13/2025) |
| 05/13/2025 | 136 | DECLARATION of Becky Penberthy by Becky Penberthy. (Allard, Monica) (Entered: 05/13/2025) |
| 05/14/2025 | 137 | NOTICE of Hearing: Telephone Conference set for 5/15/2025 01:30 PM before Judge William K. Sessions III.(law) (Entered: 05/14/2025) |

| 05/14/2025 | 138 | RESPONSE in Opposition re 133 REQUEST for Conditions of Release filed by Rumeysa Ozturk. (Allard, Monica) (Entered: 05/14/2025) |
|---|---|---|
| 05/15/2025 | 139 | MINUTE ENTRY for proceedings held before Judge William K. Sessions III: Telephone Conference held on 5/15/2025. Adriana Lafaille, Esq. present for petitioner and Michael Drescher, AUSA present for respondents. Court reviews proposed release conditions. Statements by counsel re: briefing schedule. ORDERED: petitioner to file briefing on discovery within 30 days and gov't to respond within 10 days; hearing on 5/22/2025 is cancelled; and granting 135 Unopposed Motion to Redesignate Case. (Court Reporter: Johanna Masse) (law) (Entered: 05/15/2025) |
| 05/16/2025 | 140 | OPINION AND ORDER granting 82 Motion for Release *Under MAPP v. RENO*. Signed by Judge William K. Sessions III on 5/16/2025. (law) (Entered: 05/16/2025) |
| 05/16/2025 | 141 | ORDER granting in part and denying in part 133 Request for Conditions of Release. Signed by Judge William K. Sessions III on 5/16/2025. (law) (Entered: 05/16/2025) |
| 05/22/2025 | 142 | UNOPPOSED MOTION for Appearance Pro Hac Vice of Michael Tan (Filing fee $ 150 receipt number AVTDC−2079505) filed by Rumeysa Ozturk (Attachments: # 1 Affidavit of Michael Tan, # 2 Certificate of Good Standing) (Ernst, Lia) Modified on 5/22/2025 to clarify text/attachment (sjl). (Entered: 05/22/2025) |
| 05/23/2025 | 143 | ORDER granting 142 Motion for Admission Pro Hac Vice of Michael K.T. Tan. Signed by Judge William K. Sessions III on 5/23/2025. (This is a text−only Order.) (eae) (Entered: 05/23/2025) |
| 05/23/2025 | 144 | TRANSCRIPT filed for date(s) of 5/15/2025 before Judge William K. Sessions III as to 105 Notice of Appeal. Court Reporter/Transcriber Johanna Masse, telephone number (802) 951−8102. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER Redaction Request due 6/16/2025. Redacted Transcript Deadline set for 6/26/2025. Release of Transcript Restriction set for 8/25/2025. (hbc) (Entered: 05/23/2025) |
| 05/23/2025 | 145 | MOTION for Preliminary Injunction *Requiring Restoring SEVIS Record with Request for Oral Argument/Hearing* filed by Rumeysa Ozturk (Attachments: # 1 Declaration of Anna Garson, # 2 Declaration of Dahlia M. French)(Lafaille, Adriana) (Attachment 1 replaced and Additional attachment(s) added on 5/27/2025: # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5) (law). (Entered: 05/23/2025) |
| 05/27/2025 | 146 | NOTICE OF DOCKET ENTRY CORRECTION re: 145 MOTION for Preliminary Injunction *Requiring Restoring SEVIS Record* filed by Rumeysa Ozturk. The Declaration of Anna Garson was uploaded with its exhibits as a singular PDF. The documents have been broken apart and reattached on the docket. They are now separately attached to 145 and this entry. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5) (law) (Entered: 05/27/2025) |