UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| RUMEYSA OZTURK, ) | |
|     Petitioner, ) | |
|     v. ) | Circuit No.  25-1019 |
| DONALD J. TRUMP, in his official ) capacity as President of the United ) States, PATRICIA HYDE, Field ) Office Director, MICHAEL KROL, ) HSI New England Special Agent in ) Charge, TODD LYONS, Acting ) Director, U.S. Immigration and ) Customs Enforcement, and KRISTI ) NOEM, Secretary of Homeland ) Security; and MARCO RUBIO, in his ) official capacity as Secretary of State, ) | District No. 2:25-cv-374 |
|     Respondents. ) | |

    I, Jeffrey S. Eaton, Clerk of the United States District Court for the District of Vermont, hereby certify that the foregoing copy of the relevant docket entries comprises the Supplemental Index of the original document number 113 - 146, constitutes the Record on Appeal.

    In Testimony whereof, I have hereunto subscribed my name and affixed the Seal of the aforesaid Court at Burlington, Vermont, this 28th day of May 2025.

> JEFFREY S. EATON
> Clerk of Court
>
> 
>
> By:  Kathleen Carter, Deputy Clerk