UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| RUMEYSA OZTURK, ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) No. 25-cv-374 <br> DONALD J. TRUMP, et al. ) <br> Respondents. ) | |

**STIPULATED MOTION FOR FOUR-DAY EXTENSION TO RESPOND TO MOTION FOR LIMITED DISCOVERY**

Respondents move for a four-day extension of time to respond to Petitioner Rumeysa Ozturk's Motion for Limited Discovery, ECF No. 150. Under the Court's May 15, 2025 Minute Entry, the government was given 10 days to respond to Petitioner's motion, making the deadline Thursday, June 26. The requested extension, to Monday, June 30, would give the government the typical 14 days to respond to the motion and will facilitate the government's preparation of a response.

Counsel for Petitioner, Monica Allard, Esq., has advised the undersigned that counsel for Petitioner stipulates to the requested relief.

                                                      Respectfully submitted,

Dated: June 24, 2025      By:   /s/ *Michael P. Drescher*
                                                Michael P. Drescher
                                                Assistant United States Attorney
                                                District of Vermont