IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| RÜMEYSA ÖZTÜRK,<br><br>        *Petitioner*,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>        *Respondents*. | Case No. 25-CV-374 (WKS) |

## MOTION TO WITHDRAW AS ATTORNEY

**PLEASE TAKE NOTICE** that, pursuant to Local Civil Rule 11(d), Ramzi Kassem respectfully moves to withdraw as counsel in the above-captioned case. I am on leave from the CLEAR Project of Main Street Legal Services, Inc. at CUNY School of Law in order to assume duties for a period of government service. Co-counsel at CLEAR will remain counsel of record for Petitioner in this action. In support of this Motion, I submit the annexed Declaration of Ramzi Kassem. A copy of this Motion has been served on all parties via ECF.

Dated:      February 11, 2026
               New York, NY

                                              Respectfully submitted,

                                              _____/s/_____

                                              RAMZI KASSEM
                                              **CLEAR P**ROJECT
                                              **MAIN STREET LEGAL SERVICES, INC.**
                                              CUNY School of Law
                                              2 Court Square
                                              Long Island City, NY 11101
                                              (t) (718) 340-4558
                                              (f) (718) 340-4478
                                              (e) ramzi.kassem@law.cuny.edu

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| RÜMEYSA ÖZTÜRK,<br><br>*Petitioner*,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>*Respondents*. | Case No. 25-CV-374 (WKS) |

## DECLARATION OF RAMZI KASSEM

Pursuant to 28 U.S.C. § 1746, I certify that the following is true and correct to the best of my knowledge:

1. My name is Ramzi Kassem. I am a Professor of Law at the City University of New York (CUNY) School of Law, where I am the founding director of the Creating Law Enforcement Accountability & Responsibility or CLEAR Project. I am an attorney admitted to practice law in the State of New York and I serve as pro bono counsel for Petitioner in the above-captioned matter, Rümeysa Öztürk.

2. I move to withdraw as counsel for Mr. Mahdawi in this case because I am on leave from the CLEAR Project of Main Street Legal Services, Inc. at CUNY School of Law, and from the CUNY law faculty, in order to assume duties for a period of government service as Chief Counsel to the Mayor and City Hall in the City of New York.

3. My leave provides good cause for my withdrawal as an attorney in this case.

4. I have conferred with Ms. Öztürk about my withdrawal from the case and have ensured that a copy of this motion to withdraw is provided to her.

5. Attorneys with the CLEAR Project will continue to represent Ms. Öztürk in this matter.

6. There is no retaining or charging lien involved in this case.

   I declare under penalty of perjury that the foregoing is true and correct.

Executed in New York City on this 11th day of February, 2026.

_____/s/_____

RAMZI KASSEM
**CLEAR PROJECT**
**MAIN STREET LEGAL SERVICES, INC.**
CUNY School of Law
2 Court Square
Long Island City, NY 11101
(t) (718) 340-4558
(f) (718) 340-4478
(e) ramzi.kassem@law.cuny.edu