IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

**RÜMEYSA ÖZTÜRK**,
*Petitioner*

*v.*                                                    No. 2:25-cv-00374

**DONALD J. TRUMP**, et al.,
*Respondents*

**Joint Motion to Dismiss and
Stipulation of Continued Jurisdiction**

Petitioner Rümeysa Öztürk and Respondents (together, the "Parties"), having reached a settlement agreement, jointly move to dismiss Petitioner's First Amended Petition For Writ Of Habeas Corpus And Complaint—as modified by this Court's August 18, 2025, Order transferring Dr. Öztürk's SEVIS claims to the District of Massachusetts—under Federal Rule of Civil Procedure 41(a)(2), and stipulate to the following terms:

1. The Parties will abide by their April 8, 2026, settlement agreement;

2. Each party will bear its own attorneys' fees, expenses, and costs;

3. The Court will retain jurisdiction to enforce the parties' settlement agreement; and

4. The dismissal of this action is without prejudice to any damages claims, but the Parties agree that the dismissal precludes further litigation by Petitioner seeking release from the ICE custody that began in March 2025 or seeking other injunctive or declaratory relief based on her arrest or detention beginning in March 2025.

1

The Parties respectfully request that the Court GRANT this motion and ORDER dismissal of this matter according to the terms enumerated above while retaining jurisdiction to enforce the Parties' settlement agreement.[1]

Dated at Montpelier, Vermont, this 17th day of April, 2026.

| | |
|---|---|
| /s/ Lia Ernst | JONATHAN A. OPHARDT |
| Monica Allard | First Assistant United States Attorney |
| Hillary Rich | |
| ACLU Foundation of Vermont | /s/ Matthew J. Greer |
| PO Box 277 | Assistant United States Attorney |
| Montpelier, VT 05601 | United States Attorney's Office |
| (802) 223-6304 | P.O. Box 570 |
| lernst@acluvt.org | Burlington, VT 05402-0570 |
| mallard@acluvt.org | (802) 951-6725 |
| hrich@acluvt.org | Matthew.Greer@usdoj.gov |
| | |
| Jessie J. Rossman* | *Counsel for Respondents* |
| Adriana Lafaille* | |
| Rachel E. Davidson* | |
| Julian Bava* | |
| AMERICAN CIVIL LIBERTIES UNION | |
| FOUNDATION OF MASSACHUSETTS, INC. | |
| One Center Plaza, Suite 850 | |
| Boston, MA 02108 | |
| (617) 482-3170 | |
| jrossman@aclum.org | |
| alafaille@aclum.org | |
| rdavidson@aclum.org | |
| jbava@aclum.org | |
| | |
| Brian Hauss* | |
| Esha Bhandari* | |
| Brett Max Kaufman* | |

---

[1] A district court may retain jurisdiction to enforce a settlement agreement as "part of the order of dismissal—either by separate provision (such as a provision 'retaining jurisdiction' over the settlement agreement) or by incorporating the terms of the settlement agreement in the order." *Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375, 381-82 (1993); *see also Perez v. Westchester Cnty. Dep't of Corr.*, 587 F.3d 143, 150 (2d Cir. 2009).

Noor Zafar*
Sidra Mahfooz*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, Floor 18
New York, NY 10004
(212) 549-2500
bhauss@aclu.org
ebhandari@aclu.org
bkaufman@aclu.org
nzafar@aclu.org
smahfooz@aclu.org

Naz Ahmad*
Mudassar Toppa*
Shezza Abboushi Dallal*
CLEAR PROJECT
MAIN STREET LEGAL SERVICES, INC.
CUNY School of Law
2 Court Square
Long Island City, NY  11101
(718) 340-4558
naz.ahmad@law.cuny.edu
mudassar.toppa@law.cuny.edu
shezza.dallal@law.cuny.edu

Matthew D. Brinckerhoff*
Katherine Rosenfeld*
Vasudha Talla*
EMERY CELLI BRINCKERHOFF ABADY WARD &
MAAZEL LLP
One Rockefeller Plaza, 8th Floor
New York, NY 10020
212-763-5000
mbrinckerhoff@ecbawm.com
krosenfeld@ecbawm.com
vtalla@ecbawm.com

*Admitted pro hac vice

Counsel for Petitioner

SO ORDERED.

3

Date: _____                    _____
                                                 United States District Judge