# UNITED STATES DISTRICT COURT
for the
District of Vermont

RUMEYSA OZTURK

        *Petitioner(s)*

        v.

TODD LYONS, Acting Director U.S. Immigration and
Customs Enforcement; DONALD J. TRUMP; MARCO
RUBIO; DAVID WESLING, Acting Boston Field Office
Director; MARKWAYNE MULLIN, Secretary of
Homeland Security;

        *Respondent(s)*

)
)
)
)
)
)
)
)
)

Civil Action No.   2:25-cv-374

## JUDGMENT IN A CIVIL ACTION

☐   **Jury Verdict.**

☑   **Decision by Court.**

**IT IS ORDERED AND ADJUDGED** that pursuant to the court's Order (Document 169) filed April 17, 2026, the parties Joint
Motion to Dismiss and Stipulation of Continued Jurisdiction (Document 168) is GRANTED. Petitioner's First Amended Petition for
Writ of Habeas Corpus and Complaint (Document 12) are DISMISSED without prejudice and the court will retain jurisdiction to
enforce the parties' settlement agreement.

Date:    April 20, 2026

JUDGMENT ENTERED ON DOCKET
DATE ENTERED:   4/20/2026

*JEFFREY S. EATON*
*CLERK OF COURT*

*/s/ Lisa A. Wright*
*Signature of Clerk or Deputy Clerk*